IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

MALCOLM JUNFIJIAH,

Defendant.

CRIMINAL ACTION
NO. 21-225-1

# ORDER

**AND NOW**, this 3rd day of August 2021, upon consideration of Defendant Malcolm Junfijiah's Motion for Revocation of the Pretrial Detention Order and Pretrial Release (Doc. No. 26), the Government's Response in Opposition to Defendant's Motion (Doc. No. 32), the Government's Supplemental Response in Opposition to Defendant's Motion (Doc. No. 33), and the arguments of counsel for the parties at the hearing on the Motion held on July 27, 2021 (see Doc. No. 29), it is **ORDERED** that Defendant's Motion for Revocation of the Pretrial Detention Order and Pretrial Release (Doc. No. 26) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.